UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENDRICK JERMAINE FULTON, | § | |
| #30080-177 | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 3:15-CV-2772-B-BK |
| | § | |
| CHARLES SAMUELS, JR., et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is BARRED by the three-strike provision and that his motion to proceed *in forma pauperis* is DENIED.  *See* 28 U.S.C. § 1915(g).

SO ORDERED this 6th day of October, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE